IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW FARNSWORTH and
MATTHEW MOORE, on behalf of
themselves and all others similarly
situated                                                                                                  PLAINTIFFS

v.                                        Case No. 4:11-cv-619-DPM

WELSPUN TUBULAR LLC and
WELSPUN PIPES INC.                                                                      DEFENDANTS

ORDER

Motion, *Document No. 8*, denied without prejudice. The Court directs Defendants to advise Plaintiffs by letter by 31 December 2011, if they have not already done so by then, of the facts supporting the disputed defenses. The Court also requests that the parties focus on the important issues in the case rather than procedural wrangling.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

4 November 2011