IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW FARNSWORTH and
MATTHEW MOORE, each on his
own behalf and on behalf of all
others similarly situated                                          PLAINTIFFS

v.                          No. 4:11-cv-619-DPM

WELSPUN TUBULAR LLC and
WELSPUN PIPES INC.                                                 DEFENDANTS

ORDER

1. For the reasons stated on the record at the 15 March 2012 hearing, the Defendants' objection to the third-party subpoena is overruled. Defendants lack standing. The parties should work together, however, to amend the agreed protective order, *Document No. 18*, to cover third-party disclosures. The proposed amended protective order should be submitted to chambers by 26 March 2012; and production under the third-party subpoena is delayed until 2 April 2012 so the amended protective order may be entered before the disclosures are made.

2. The Defendants' objections to the Plaintiffs' interrogatories and requests for production, and to the scope of the planned Rule 30(b)(6)

deposition, are also overruled. The requested information may lead to admissible evidence about whether allegedly exempt employees are similarly situated. Defendants have until 15 May 2012 to make the requested productions and disclosures; and the parties should reschedule the Rule 30(b)(6) deposition to occur after that date. In light of this delay, the Court will consider extending the conditional-certification-motion deadline if necessary.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2012