IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW FARNSWORTH, MATTHEW
MOORE, RAMIZ ABDALALLAA, KHALED
ABDULHUSSEIN, WISSAM ALOBAIDI, and
MARK STEPHENS, each on his own behalf and
on behalf of all others similarly situated                      PLAINTIFFS

v.                          No. 4:11-cv-619-DPM

WELSPUN TUBULAR LLC and
WELSPUN PIPES INC.                                              DEFENDANTS

## JUDGMENT

The Plaintiffs' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2013