IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW FARNSWORTH, MATTHEW
MOORE, RAMIZ ABDALALLAA, KHALED
ABDULHUSSEIN, WISSAM ALOBAIDI, and
MARK STEPHENS, each on his own behalf and
on behalf of all others similarly situated                    PLAINTIFFS

v.                      No. 4:11-cv-619-DPM

WELSPUN TUBULAR LLC and
WELSPUN PIPES INC.                                            DEFENDANTS

## ORDER

For good cause, on its own motion, the Court vacates its recent settlement-prompted Judgment, № 114. The Court needs to approve the particulars of the settlement in this FLSA case. The parties have informed the Court that they have finalized it. The Court directs them to file a copy as soon as possible so the Court can evaluate it.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 May 2013