# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MATTHEW FARNSWORTH, MATTHEW
MOORE, RAMIZ ABDALALLAA, KHALED
ABDULHUSSEIN, WISSAM ALOBAIDI, and
MARK STEPHENS**                                          **PLAINTIFFS**

v.                          No. 4:11-cv-619-DPM

**WELSPUN TUBULAR LLC and
WELSPUN PIPES INC.**                                     **DEFENDANTS**

## JUDGMENT

The Plaintiffs' claims in this case are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

28 June 2013